Searcy M. FERGUSON et al., Appellants, v. Sarah Brown GREGG, Appellee.

No. 8207.

Court of Civil Appeals of Texas. Austin.

Nov. 28, 1934.

Renfro & McCombs, and Jas. A. Kilgore, all of Dallas, for appellants.

PER CURIAM.

The district court enjoined appellants from selling real estate prior to February 1, 1935, under a trust deed. Appellee obtained the injunction under the provisions of chapter 16, General Laws, 43d Leg., Second Called Sess., generally known as the Moratorium Law (Vernon's Ann. Civ. St. art. 2218b note).

Since this cause was submitted, the Supreme Court, in Travelers' Insurance Co. v. Marshall, 76 S.W.(2d) 1007, has held that the Moratorium Law is void, in that it is violative of the Constitution of Texas. Under the authority of that case, the trial court's judgment is reversed, the injunction is dissolved, and, since certain sums were required to be deposited by appellee in the registry of the trial court to be applied to certain charges against the property and to the mortgage indebtedness, it is ordered that the cause be remanded to that court for further proceedings not inconsistent with this opinion.

Flora Mae FLOORE v. Walter D. WELLS et al.

No. 13215.

Court of Civil Appeals of Texas. Fort Worth.

Dec. 7, 1934.

L. J. Wardlaw, of Fort Worth, for appellant.

McLean & Thompson, of Fort Worth, for appellees.

DUNKLIN, Chief Justice.

This suit was instituted by Flora Mae Floore against Walter D. Wells and wife for debt and foreclosure of a mortgage to secure the same on certain real estate situated in Tarrant county. Plaintiff sued out a writ of sequestration which was levied upon the property covered by the mortgage. The defendant then obtained from the district court in which the suit was pending a writ of injunction temporarily restraining the plaintiff from taking any further steps to enforce the foreclosure sought.

The writ of injunction was issued under and by virtue of what is known as the moratorium statute, as shown by the Acts of the Second Called Session of the Legislature of 1934 (chapter 16 [Vernon's Ann. Civ. St. art. 2218b note]). In a recent decision the Supreme Court has decided that that act was unconstitutional and void. Travelers' Ins. Co. v. Marshall, 76 S.W.(2d) 1007. Hence the judgment of the trial court granting the injunction prayed for is reversed, and the writ of injunction issued is dissolved. And this judgment will be certified to the trial court for observance. The costs of this appeal are taxed against the appellees, defendants in the trial court.